**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI, CAPE GIRARDEAU DIVISION

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:      Identify Yourself**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1.  Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jason**<br>First name<br><br>**Richard**<br>Middle name<br><br>**Perry**<br>Last name and Suffix (Sr., Jr., II, III) | **Lynsey**<br>First name<br><br>**Kay**<br>Middle name<br><br>**Perry**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.  All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1035 | xxx-xx-9713 |

Debtor 1
Debtor 2   **Perry, Jason Richard & Perry, Lynsey Kay**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**DBA  Pest N Peace**
Business name(s)

**47-4587523**
EINs

☐ I have not used any business name or EINs.

**DBA  Extraordinary Tribe Boutique**
Business name(s)

**82-3925080**
EINs

---

**5.** **Where you live**

**209 Aletha Dr**
**Sikeston, MO 63801-9767**
Number, Street, City, State & ZIP Code

**Scott**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

---

Debtor 1    **Perry, Jason Richard & Perry, Lynsey Kay**    Case number *(if known)* _____

Debtor 2

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you?

■    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Perry, Jason Richard & Perry, Lynsey Kay**

Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2 **Perry, Jason Richard & Perry, Lynsey Kay**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1
Debtor 2    **Perry, Jason Richard & Perry, Lynsey Kay**                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Jason R. Perry | /s/ Lynsey K. Perry |
|---|---|
| **Jason Richard Perry** | **Lynsey Kay Perry** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **March 19, 2019** | Executed on    **March 19, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1
Debtor 2    **Perry, Jason Richard & Perry, Lynsey Kay**                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ J Michael Payne**                           Date    **March 19, 2019**
Signature of Attorney for Debtor                          MM / DD / YYYY

**J Michael Payne**
Printed name

**The Limbaugh Firm**
Firm name

**407 N Kingshighway St Ste 400**
**Cape Girardeau, MO 63701-4306**
Number, Street, City, State & ZIP Code

Contact phone    **(573) 335-3316**              Email address    **mpayne@limbaughlaw.com**

**28733MO**
Bar number & State

---

**United States Bankruptcy Court**
**Eastern District of Missouri, Cape Girardeau Division**

IN RE:                                                                    Case No. _____

Perry, Jason Richard & Perry, Lynsey Kay                                  Chapter **7** _____
<div align="center" style="font-size:small">Debtor(s)</div>

<div align="center">

**VERIFICATION OF CREDITOR MATRIX**

</div>

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 19, 2019** _____    Signature: ***/s/ Jason R. Perry*** _____
                                                 **Jason R. Perry**                                                 Debtor


Date: **March 19, 2019** _____    Signature: ***/s/ Lynsey K. Perry*** _____
                                                 **Lynsey K. Perry**                                       Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Acima Credit
9815 S Monroe St Fl 4
Sandy, UT  84070-4296


ADS Account Services Inc
114 N 6th St
Quincy, IL  62301-2904


Allied Waste 1
Republic #732
PO Box 9001099
Louisville, KY  40290-1099


AMCA
PO Box 1235
Elmsford, NY  10523-0935


American Coradius International
2420 Sweet Home Rd Ste 150
Amherst, NY  14228-2244


American Credit Acceptance
PO Box 204531
Dallas, TX  75320-4531


AT&T Mobility
208 S Akard St
Dallas, TX  75202-4295

Bank of Missouri/Total Card
5109 S Broadband Ln
Sioux Falls, SD  57108-2208


Bass Pro Shops
2500 E Kearney St
Springfield, MO  65803-5048


Bridgecrest
PO Box 53087
Phoenix, AZ  85072-3087


Bridgecrest
7300 E Hampton Ave Ste 101
Mesa, AZ  85209-3324


BWI Companies, Inc.
PO Box 990
1355 N Kings Hwy
Nash, TX  75569


CACI
PO Box 790379
Saint Louis, MO  63179-0379


Caine & Weiner
12005 Ford Rd
Dallas, TX  75234-7230

Cape Physician Associates
3250 Gordonville Rd Ste 301
Cape Girardeau, MO  63703-5095


Cape Radiology Group
PO Box 1330
Cape Girardeau, MO  63702-1330


Capio Partners
PO Box 3209
Sherman, TX  75091-3209


Carrington Mortgage Services
PO Box 54285
Irvine, CA  92619-4285


CCS
Payment Processing Center
PO Box 55126
Boston, MA  02205-5126


Certegy Payment Solutions, LLC
PO Box 30272
Tampa, FL  33630-3272


CF Medical LLC
3705 S Highway 27 Ste 203
Clermont, FL  34711-7640

Charter Communications/Spectrum
PO Box 790086
Saint Louis, MO  63179-0086


Checkcity.com
PO Box 970028
Orem, UT  84097-0028


City Leasing, LLC
PO Box 1001
Arlington, TN  38002-1001


Clearline Loans
2520 Saint Rose Pkwy Ste 111
Henderson, NV  89074-7784


Comenity Bank
1 Righter Pkwy Ste 100
Wilmington, DE  19803-1533


Convergent Outsourcing
PO Box 9004
Renton, WA  98057-9004


Cornerstone Acceptance
3741 S Nova Rd
Port Orange, FL  32129-4233

```
Credit Bureau Service
2147 William St
PO Box 908
Cape Girardeau, MO  63702-0908


Credit Bureau Systems
PO Box 9200
Paducah, KY  42002-9200


Credit Collection Services
725 Canton St
Norwood, MA  02062-2679


Credit Control, LLC
5757 Phantom Dr Ste 330
Hazelwood, MO  63042-2429


Credit One Bank
PO Box 60500
City of Industry, CA  91716-0500


Davis & Jones, LLC
209 W 2nd St Ste 322
Ft Worth, TX  76102-3021


Direct TV
PO Box 105503
Atlanta, GA  30348-5503
```

Diversified Consultants
PO Box 551268
Jacksonville, FL   32255-1268


Enhanced Recovery Company
PO Box 57547
Jacksonville, FL   32241-7547


Fedloan Servicing
PO Box 530210
Atlanta, GA   30353-0210


Ferguson Medical Group
1012 N Main St
Sikeston, MO   63801-5044


Fingerhut Direct Marketing
PO Box 70281
Philadelphia, PA   19176-0281


First Access
PO Box 89028
Sioux Falls, SD   57109-9028


First National Collection Bureau
PO Box 51660
Sparks, NV   89435-1660

First Premier Bank
PO Box 5529
Sioux Falls, SD  57117-5529


First Premier Bank
PO Box 5519
Sioux Falls, SD  57117-5519


FlexShopper, LLC
2700 N Military Trl Ste 200
Boca Raton, FL  33431-6394


FNCB, Inc.
PO Box 51660
Sparks, NV  89435-1660


Focus Receivables Management
1130 Northchase Pkwy SE Ste 150
Marietta, GA  30067-6429


Forshaw
PO Box 36526
Charlotte, NC  28236-6526


Full Circle Financial Services
PO Box 2365
Oldsmar, FL  34677-2193

Geico Casualty Company
1 Geico Plz
Washington, DC   20076-0003


Global Credit & Collection Corp.
5440 N Cumberland Ave Ste 300
Chicago, IL   60656-1486


Grainger
Dept #887083633
PO Box 419267
Kansas City, MO   64141-6267


Grainger
Dept #887079881
PO Box 419267
Kansas City, MO   64141-6267


H&R Accounts, Inc.
PO Box 672
Moline, IL   61266-0672


Hawthorn Recovery Services Inc.
PO Box 1859
Columbia, MO   65205-1859


IC System
PO Box 64378
Saint Paul, MN   55164-0378

```
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Jefferson Capital System
16 McLeland Rd
Saint Cloud, MN  56303-2198


Jefferson Capital Systems
PO Box 17210
Golden, CO  80402-6020


JH Portfolio Debt
5757 Phantom Dr # 2205
Hazelwood, MO  63042-2415


LabCorp of America
531 S Spring St
Burlington, NC  27215-5866


Loyal Loans
339 N Main St
Sikeston, MO  63801-2170


Matthew Frawley. Attorney
440 N Main St Apt 2H
Liberty, MO  64068-1666
```

MBW
26000 Cannon Rd
Cleveland, OH  44146-1807


MDG
3422 Old Capitol Trl
 PMB #1993
Wilmington, DE  19808-6124


Medicredit Inc.
PO Box 1629
Maryland Heights, MO  63043-0629


Meramec Emergency Physicians LLP
75 Remittance Dr Dept 1151
Chicago, IL  60675-1151


Milestone Mastercard
PO Box 4477
Beaverton, OR  97076-4401


Missouri Delta Medical Center
PO Box 803933
Kansas City, MO  64180-3933


Missouri Delta Medical Center
1008 N Main St
Sikeston, MO  63801-5044

Missouri Dept of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475


Missouri Dept of Revenue
Taxation Division
PO Box 3800
Jefferson City, MO  65105-3800


National Credit Management
PO Box 32900
Saint Louis, MO  63132-8900


National Pen
12121 Scripps Summit Dr
San Diego, CA  92131-4608


Nationwide Cassel LLC
10255 W Higgins Rd Ste 300
Rosemont, IL  60018-5620


Northland Group, Inc.
PO Box 390846
Minneapolis, MN  55439-0846


PayPal, Inc.
2211 N 1st St
San Jose, CA  95131-2021

Penn Credit
PO Box 988
Harrisburg, PA  17108-0988


Portfolio Recovery Associates
PO Box 12914
Norfolk, VA  23541-0914


Premier Bankcard LLC
PO Box 5519
Sioux Falls, SD  57117-5519


Progressive
NPRTO-Midwest LLC
256 W Data Dr
Draper, UT  84020-2315


Progressive Ins. Corp.
6300 Wilson Mills Rd
Mayfield Village, OH  44143-2109


Quill, LLC
PO Box 37600
Philadelphia, PA  19101-0600


QVC, Inc.
PO Box 2254
West Chester, PA  19380-0153

Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA  70011-8390


Receivables Performance Management
PO Box 1548
Lynnwood, WA  98046-1548


Regions Bank
1900 5th Ave N
Birmingham, AL  35203-2610


Resurgent/LVNV Funding
PO Box 1269
Greenville, SC  29602-1269


Security Credit Services
PO Box 1156
Oxford, MS  38655-1156


Semo Health  Network
6738 State Highway 77
Benton, MO  63736-8238


Shark Ninja Operating LLC
89 A St Ste 100
Needham, MA  02494-2806

Southeast Missouri State University
1 University Plz MS 3275
Cape Girardeau, MO  63701-4710


Southern Bank
531 Vine St
Poplar Bluff, MO  63901-7330


Spotloan
PO Box 720
Belcourt, ND  58316-0720


St. Francis Clinic
211 Saint Francis Dr
Cape Girardeau, MO  63703-5049


St. Francis Medical Center
Payment Processing Center
PO Box 739
Moline, IL  61266-0739


St. Francis Medical Center
211 Saint Francis Dr
Cape Girardeau, MO  63703-5049


St. Francis Medical Partners
PO Box 843225
Kansas City, MO  64184-3225

Sunrise Credit Services
PO Box 9100
Farmingdale, NY  11735-9100


Target Card Services
PO Box 673
Minneapolis, MN  55440-0673


TekCollect
Audit Bureau Dept Business Office
PO Box 1269
Columbus, OH  43216-1269


TeleCheck
Attn: Bankruptcy Dept
PO Box 6806
Hagerstown, MD  21741-6806


Tempoe, LLC
1750 Elm St Ste 1200
Manchester, NH  03104-2907


The CBE Group
Payment Processing Center
PO Box 2038
Waterloo, IA  50704-2038


The Receivables Management Svcs
PO Box 361348
Columbus, OH  43236-1348

Verizon Wireless
Bankruptcy Administration
500 Technology Dr Ste 500
Weldon Spring, MO  63304-2225


Vision Financial Corp
PO Box 7477
Rockford, IL  61126-7477


Wakefield & Associate
PO Box 58
Fort Morgan, CO  80701-0058


Wakefield & Associates
PO Box 58
Fort Morgan, CO  80701-0058


Wakefield & Associates
c/o Brian Schierding, Attorney
PO Box 1566
Jefferson City, MO  65102-1566


Washington University School of Medicine
660 S Euclid Ave
Saint Louis, MO  63110-1010


Webbank/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN  56303-0820

```
Why Not/Sears
PO Box 58
Fort Morgan, CO  80701-0058


World Finance Corp
PO Box 6429
Greenville, SC  29606-6429


Yellow Pages United
PO Box 50038
Jacksonville, FL  32240-0038
```